People v M.O. (2026 NY Slip Op 00625)

People v M.O.

2026 NY Slip Op 00625

Decided on February 10, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: February 10, 2026

Before: Kennedy, J.P., Scarpulla, Gesmer, Mendez, Hagler, JJ. 

Ind. No.1554/19, 241/21|Appeal No. 5784-5784A|Case No. 2021-03854|

[*1]The People of the State of New York, Respondent,
vM.O., Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Graham Ball of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Oliver Lee of counsel), for respondent.

Judgment, Supreme Court, Bronx County (Alvin Yearwood, J.), rendered October 5, 2021, convicting defendant, upon his plea of guilty, of hindering prosecution in the second degree (Indictment No. 1554/19), and sentencing him to a jail term of one year, unanimously modified, on the law, to the extent of vacating the sentence and remanding for resentencing, and otherwise affirmed. Judgment, same court, and date, convicting defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the second degree (indictment No. 241/21), and sentencing him to a concurrent prison term of two years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the mandatory surcharge, the DNA fee and the crime victim assistance fee imposed at sentencing, and otherwise affirmed.
On Indictment No. 1554/19, we vacate the sentence and remand the matter for resentencing because, as the People concede, the court failed to determine defendant's youthful offender status on the record (see People v D.B., 240 AD3d 445, 446 [1st Dept 2025], lv denied 44 NY3d 1010 [2025]).
Based on our own interest of justice powers, we vacate the surcharge and fees imposed on defendant at sentencing on indictment No. 241/21 (see People v Chirinos, 190 AD3d 434, 435 [1st Dept 2021]). We note that the People do not oppose this relief. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: February 10, 2026